CLERK U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

MAY 30 2018

LODGED _____ RECD _____
PAID _____ DOCKETED _____



1

2    PETER SZANTO 949-887-2369
     11 Shore Pine
3    Newport Beach CA 92657

4

# United States Bankruptcy Court

## in and for the District of OREGON

1001 SW 5th Av., Portland OR 97204

| | |
|---|---|
| In Re Peter Szanto, Debtor | **Adversarial # 16-ap-3114** |
| ===================== | **core case:16–bk-33185-pcm7** |
| Peter Szanto, Plaintiff | |
| **vs.** | **Notice of Appeal** |
| Bank of America, NA, and | |
| JPMorganChase Bank, | |
| | |
| Defendants | |

Plaintiff herewith and hereby perfects appeal from the final judgments (and their interlocutory components and foundations) of the entire matter herein to the United States District Court in and for the District of Oregon. Docket Entries 369 and 370 are attached.


Respectfully,


DATED 30 May 2018     /s/ _____     Peter Szanto

16-ap-3118          Notice – pg. 1

## **Proof of Service**

My name is Maquisha Reynolds, I am over 21 years of age and not a party to the within action. My business address is PO Box 14894, Irvine CA 92623. On the date indicated below, I personally served the within: **Notice** by e-mail to Mr. Olsen and Mr. Henderson at:

nhenderson@portlaw.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Signed at ~~Portland OR~~. Irving, CA

Dated 5-30-2018  /s/  *Maquisha Reynolds*

16-ap-3118                              Notice  – pg. 2

DISTRICT OF OREGON
**F I L E D**
May 17, 2018
Clerk, U.S. Bankruptcy Court

Below is an Order of the Court.

———————————————————
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re: | Bankruptcy Case No. 16-33185-pcm7 |
| PETER SZANTO, | |
| Debtor. | |
| | Adv. Proc. No. 16-3114-pcm |
| PETER SZANTO, | |
| Plaintiff, | ORDER ON PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT |
| v. | |
| EVYE SZANTO, VICTOR SZANTO, NICOLE SZANTO, KIMBERLEY SZANTO, MARIETTE SZANTO, ANTHONY SZANTO, AUSTIN BELL, JOHN BARLOW, and BARBARA SZANTO ALEXANDER, | |
| Defendants. | |

For the reasons set out in the Memorandum Opinion filed concurrently herewith and in the interest of justice and good cause appearing therefor,

IT IS HEREBY ORDERED that defendants' Motion for Partial Summary Judgment (Doc. 216) is GRANTED as to all of plaintiff's claims and DENIED as to defendants' second counter-claim.

Page 1 - ORDER ON PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT

1    IT IS FURTHER ORDERED that plaintiff's Motion for Summary Judgment

2    (Doc. 199) is DENIED.

3    IT IS FURTHER ORDERED that, there being no just reason for delay

4    because the summary judgment finally disposes of all of plaintiff's

5    claims, and defendants' outstanding claims are factually and legally

6    distinct from plaintiff's claims, and because judicial economy and

7    justice dictate entry of final judgment on plaintiff's claims, some of

8    which have been the subject of litigation between some of the parties

9    since at least 2009, the court directs entry of final judgment on

10   plaintiff's claims, pursuant to Fed. R. Bankr. P. 7054 and Fed. R. Civ.

11   P. 54(b).

12                                    ###

     Cc:  Mr. Henderson
13        Mr. Szanto

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 2 - ORDER ON PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT